UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: STEVEN WAYNE BONILLA

No. 2:23-cv-02108-TLN-KJN
No. 2:23-cv-02150-TLN-KJN
No. 2:23-cv-02151-TLN-KJN
No. 2:23-cv-02152-TLN-KJN
No. 2:23-cv-02153-TLN-KJN
No. 2:23-cv-02154-TLN-KJN
No. 2:23-cv-02155-TLN-KJN
No. 2:23-cv-02156-TLN-KJN
No. 2:23-cv-02157-TLN-KJN
No. 2:23-cv-02158-TLN-KJN

**ORDER**

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

1  13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
2  the Court to open a new case for each attempted new case pleading and assign it to Magistrate
3  Judge Kendall J. Newman for review. (*Id.* at ECF No. 26). If the Court determines the new filing
4  is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed
5  and closed. (*Id.*)

6      The Court has reviewed the complaints/petitions filed in the above-captioned cases and
7  finds they are related to Plaintiff's Alameda County criminal conviction.

8      Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02108, 2:23-cv-02150, 2:23-
9  cv-02151, 2:23-cv-02152, 2:23-cv-02153, 2:23-cv-02154, 2:23-cv-02155, 2:23-cv-02156, 2:23-
10 cv-02157 and 2:23-cv-02158 are hereby DISMISSED. The Clerk of the Court is directed to close
11 these cases. No further filings will be accepted.

12     IT IS SO ORDERED.

13 Date: October 24, 2023

Troy L. Nunley
United States District Judge